UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ARKAN MOHAMMAD GHAFIL )
AL KARIM )
Camp Delta Guantanamo Bay )
Washington, D.C. 20355 )
 )
        Petitioner )
 )
    v. )
 )
GEORGE W. BUSH, )
President of the United States )
 )
DONALD RUMSFELD, )
Secretary, United States Department )
of Defense )
 )
ARMY BRIG. GEN. JAY HOOD )
Commander, Joint Task Force- )
GTMO )
 )
ARMY COL. BRICE GYURISKO )
Commander, Joint Detention )
Operations Group, JTF - GTMO )

Leave to file without
Prepayment of Cost GRANTED

*[signature]*

Civil Action No.

CASE NUMBER: 1:05CV0998

JUDGE: RICARDO M. URBINA

DECK TYPE: HABEAS CORPUS/2255

DATE STAMP: 05/18/05

PETITION FOR WRIT OF HABEAS CORPUS

PETITIONER: ARKAN MOHAMMAD GHAFIL AL KARIM

~ In the Name of God, the Most Compassionate, the Most Merciful ~

To the head of the respectful judicial authorities in the civilian court, with my good salutation and therewith, I'm detainee Arkan Mohammad Ghafil Mohammad Hussein Al Karim, and I'm from south of Iraq. My date of birth is 1976, and I'm of Shia faith.

The subject is summarized petition which by it I will bring my particular case in prison in Cuba to your presences pleading to cast light on it and take a look at the authorization (lawfulness) of my detention as a detainee by the United States Forces.

I am completely sure that you will put this case established since 15 January 2000 in the scale of American justice and on the standard measure of the Constitution composed to the American government which gives your court laws which are free and democratic. I will also put in your hands all my trust hoping you will bring me justice, which was absent from this case from the beginning. Maybe you will be taken by wonderment and questions when you know that I was a prisoner, I was arrested by Al Qaida and the Taliban mobs (gangs) since beginning of year 2000 accused of spying for the interest of American forces in Afghanistan.

And I would like you to look upon how I got to prison in Cuba, and it's the following.

That after I was arrested by the Al Qaida mobs in Afghanistan and finishing the investigation with me by various types of torture which was done by the Arabs whom were there and which are detained here with me also and after that I was sent to a big prison called Srboza in Kandahar City in Afghanistan after they passed a verdict on me to be detained for life and that was on date 15 January 2000 approximately.

And that's how I stayed in prison during the Taliban period and after the Taliban government was overthrown and their state was failed in the hands of the Northern Alliance party members with the help of the American government, I was transferred to the prison in Kabul which is called Rahsa Si in the hands of the Northern Alliance party members in the end of the year 2001. And I stay there for approximately three months time period and later I was handed to the American forces who were staying at Bakram Airport in north of Kabul, and later the Americans transferred me from Bakram Airport to American battalions in Kandahar and from there they brought me to Cuba. And in Cuba now, I hope I'll be extracted from this prison, which I'm innocent in every word and meaning in it. This is to note you can obtain proof of me being detained by Al Qaida by the internet websites by searching for spies who were arrested in Afghanistan in year 2000. And this incident was published (displayed) by the Arabs on the net websites directly after I was arrested as it contains my picture and my story and a story of another person who was arrested with me.

Knowing that the officer called a Personal Representative presented this in favor of me for the Combatant Status Review Tribunals, which was proof of me being innocent, but with regret that the Combatant Status review tribunal didn't consider my detention which is now five years.

Detainee
Arkan Mohammad Ghafil Al Karim

8 March 2005

NOTE: This is not an official translation.

GUAN-2005-T 01969

PETITIONER: _____

~ In the name of God, the most compassionate, the most merciful ~

To the head of the respectful judicial authorities in the civilian court, with my good salutation and therewith I'm detainee Arkan Mohamed Gafel Mohamed Hussien Alkarem and I'm from south of Iraq. My date of birth is 1976 and I'm of Shia faith.

The subject is summarized petition which by it I will bring my wedged case in Cubas prison to your presences pleading to cast light on it and take a look at the authorization (lawfullness) of my detention as detainee by the United States forces. And I'm completely sure that you will put this case established since 1-15-2000 in the scale of American justice and on the standard measure of the constitution composed to the American government which gives your court laws which are free and democratic. I will also put in your hands all my trust hoping you will bring justice which was absent from this case from the begining. Maybe you will be taken wonderment and questions when you **FILED** that I

OL #: _____    Date: _____    05 0998    MAY 1 8 2005

- 1 -

NANCY MAYER WHITTINGTON, CLERK     ATCH 2
U.S. DISTRICT COURT

PETITIONER: _____

was a prisoner, I was arrested by the Al Qaida and Taliban mobs (gangs) since beginning of year 2000 accused of spying for the interest of the American forces in Afghanistan.

And I would like you to look upon how I got to Cubas prison. and it's the following.

That After I was arrested by the Al Qaida mobs in Afghanistan and finishing the Investigation with me by various types of torture which was done by the arabs whom were there and which are detianed here with me also and after that I was send to a big prison called Srboza in Kandahar City in Afghanistan after they passed a verdict on me to be detained for life and that was on date 1-15-2000 approximately.

And that's how I stayed in prison dauring the Taliban period and after the taliban government was overthrown and their state was falled in the hands of the Northern Alliance party members with the help of the American government, I was transferred to the prison in Kabol which is called Rahsasi in the hands of Norther Alliance

OL #: _____   Date: _____

- 2 -

ATCH 2

PETITIONER: _____

party members. In end of the year two thousand one and I stay there for approximately three months time period and later I was handed to the American forces who were staying Bakram airport in North of Kabol and later the americans transferred me from Bakram airport to American battalions in Kandehar and from there they brought me to Cuba. And in Cuba now, I hope I'll be extracted from this prison which I'm innocent in every word and meaning in it. This and to note you can obtain a proof of me being detained by Alquida, by the internet websites by searching for spies who were arrested in Afghanistan in Year two thousand. And this incident was published (display) by the arabs on the net websites directly after I was arrested as it contain my picture and my story and a story of another person who was arrested with me.

knowing that the officer called P R preseted the infront of me for the tribunal of combatant status Review board, which was a proof of me being innocent but with regret that the combatant status review board tribunal didn't consider my detention which is now five years.

OL #: _____    Date: _____    Detainee

—3—    Arkan Mohamed kahel / ATCH 2
              Al karem

بسم الله الرحمن الرحيم

DO NOT WRITE BEYOND HEAVY LINES

إلى السادات القضاة في المحكمة المدنية المحترمة تحية طيبة وبعد

إني المعتقل اركان محمد غافل محمد حسين الكريم وأنا من أهالي جنوب العراق من مواليد ١٩٧٦ وموضبي شيعي

الموضوع هو عريضة مختصرة ارفع من خلالها قضيتي المعلقة في سجن كوبا لحضراتكم راجياً إلقاء الضوء عليها والنظر في صلاحية احتجازي كمعتقل من قبل القوات الامريكية وأني على أطمئنان كامل بأنكم سوف تفصلون هذه القضية الراهنة من تاريخ هذا المرس في ميزان العدالة الأمريكي وعلى مقياس الدستور الواضح للحكومة الأمريكية وتخضعون لقوانين محكمتكم الحرة الديموقراطية. كما هو بين أيديكم كل ثقتي آملاً أن تظهروا الحق الذي غاب عن هذه القضية منذ ابتدائها ولربما بأنكم تتهمون والتساؤل عندما تعلمون بأني سجين قد تم اعتقاله من قبل عصابات القاعدة والطالبان منذ أوائل سنة الفين بتهمة التجسس لصالح القوات الأمريكية في افغانستان.

واود اطلاعكم على كيفية وصولي الى سجن كوبا. وهي كالتالي انه بعدما القي القبض عليَّ من قبل عصابة القاعدة في افغانستان وأنتهاء التحقيق معي بشتى انواع التعذيب الذي كان من جانب التربي المتواجدين هناك والذين هم موجودن هنا ايضاً ثم ارسالي الى سجن كبير اسمه سربوزة في مدينة كندهار في افغانستان بعدما حكموا عليَّ بالسجن مدى الحياة وكان هذا بتاريخ هذا المرس تقريباً.

ومكث في السجن طول الفترة التي كان فيها الحكم فيها الطالبان وبعد ما انقضى حكم الطالبان وسقطت دولتهم على ايدي الحرب الشمالي وبمساعدة الحكومة الأمريكية تم انتقالي الى سجن كابل الذي يرعى برئاسة سيد علي ايدي اعضاء حزب التحالف الشمالي في اوائل سنة الفين وواحد وبقيت هناك ثلاثة اشهر تقريباً ثم تم تسليمي الى القوات الأمريكية التي كانت تمكث في مطار بكرام في شمال كابل وبعدها نقلوني الامريكان من مطار بكرام الى المكتب الامريكي في كندهار ومن هناك احضروني الى كوبا. وأنا الأن في كوبا ارجو الخلاص من هذا السجن الذي انا فيه بريء بكل ما في الكلمة من معنى. هنا وللملاحظة تستطيعون الحصول على دليل

**DO NOT WRITE BEYOND HEAVY LINES**

اعتقالي من قبل القاعدة على شبكات الانترنيت من خلال البحث عن جواسيس اعتقلوا في افغانستان في سنة الفين. وهذا الحادث نشرة العريبة على شبكات الانترنيت بعد اعتقالي مباشرة كما نشرو فيه صورتي وقصتي وصورة وقصة شخص آخر اعتقلوه معي.

علماً ان الضابط الذي يبن الممثل الشخصي قد احظر اسامي في ممكنة مراجعة وضع المقاتلين اربع مجلدات نشرت خبر اعتقالي من الانترنيت. وكان هذا الكبر دليل على براءتي ولكن للأسف لم تأخذه ممكنة مراجعة وضع المقاتلين بعين الاعتبار كما لم يأخذو بعين الاعتبار مدة سجني التي هي اليك خمس سنوات.

المعتقل
اركان محمد غازل الكريم