IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMAD GHAFIL AL KARIM,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　　Respondents. | Civil Action No. 05-0998 (RMU) |

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier Gen. Jay Hood, Commander, Joint Task Force-GTMO, and Army Col. Brice Gyurisko, Commander, Joint Detention Operations Group (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Memorandum Order dated August 8, 2005 (dkt. no. 3) that prohibits respondents from removing petitioner from Guantanamo unless the Court and any counsel for petitioner receive thirty days' advance notice of such removal.

Dated: October 7, 2005　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　DOUGLAS N. LETTER
　　　　　　　　　　　　　　　　　　Terrorism Litigation Counsel

*/s/ Nicholas J. Patterson*

JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-2000

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2005, I caused the foregoing Notice of Appeal to be served via United States mail, First Class postage prepaid, on the petitioner in this case at the following address:

>Arkan Mohammad Ghafil Al Karim
>Camp Delta; Guantanamo Bay
>Washington, DC 20355


*Nicholas J. Patterson*
NICHOLAS J. PATTERSON
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents