UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


AKAN MOHAMMAD GHAFIL AL KARIM

              Petitioner

    v.                                         Civil Action No. 05-0998 (RMU)

GEORGE W. BUSH, et al.

              Respondent


REQUEST FOR TRANSLATION OF ORDER

| Type: | Outgoing | Format: | Army | | |
|---|---|---|---|---|---|
| Letter Number: | GUAN-2005-T04020 | ISN: JJJ | US9IZ-000653DP | | |
| Date Translated: | 20050818 | Mail date | 20050808 | | |
| Sender's Name: | ARKAN MOHAMMED GHAFIL AL-KAREEM | | | | |
| Addressee: | U.S. district court | | | | |
| Address: | U.S. court for the District of Columia/ 333 constitution Ave NW | | | | |
| City/Zip code: | Washington DC 20001 | Country: | United States | | |
| Language: | Arabic | Family: | Yes | Linguist Code: | Ad 08 |

In the name of the almighty
Respected civilian court, kind greeting,
I have previously sent to you a petition asking you to look into my case and the validity of my detention. It was dated 8 of March 2005. I have received your reply to it and I was elated for your concern about the issue. But unfortunately I couldn't read your reply because it was typed in the English language and I can't read English. Also those in charge of the prison would not allow translation for your response. Therefore, I would like from you to send me a response in my language, Arabic or allow for me to get this response translated by one of the existing translators at the camp. I give you my gratitude and respect.

Noting that your response that reached me was dated 3 June 2005, its number GUAN-2005-1         ..907
Detainee, ARKAN MOHAMMED GHAFIL AL-KAREEM, my number 653
2005/8/8

بسم ثاني

الى المحكمة المدنية المحترمة . تحية طيبة وبعد

لقد سبق وأن ارسلت لكم عريضة طلبت فيها النظر في قضيتي وصلاحية امتيازي مؤرخه في ٨ مارس ٢٠٠٥

وقد اتاني ردكم عليها وكنت مسروراً لاهتمامكم بالمسالة . ولكن للأسف لم استطع قراءة جوابكم لانه مطبوع باللغة الانجليزية وأنا لا اعرف كيف أقرء الانجليزي وكذلك لم يسمحوا لي المسؤلين الذين يديرون السجن بترجمة جوابكم لذا ارجوا من حضراتكم بأن ترسلوا الجواب باللغة العربية او تسموا لي بترجمة هذا الجواب عن طريق المترجمين الموجودين في المعسكر ولكم بالغ الشكر والاحترام .

علماً ان جوابكم الذي اتاني قد أرخ في ٣ جون ٢٠٠٥

ورقمه ٠٠٩٥٧ - ١ - ٢٠٠٥ - GUAN -

المعتقل اركان محمد غافل الكريم - رقمي ٦٥٣

[signature]

٢٠٠٥,٨,٨

Reverse of DA FORM 2667-R, May 82