# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMAD GHAFIL AL KARIM )<br>Camp Delta )<br>Washington, D.C. 20355 )<br>)<br>       Petitioner )<br>)<br>    v. )<br>)<br>GEORGE W. BUSH, President of )<br>the United States )<br>)<br>DONALD RUMSFELD, Secretary, )<br>United States Department of )<br>Defense )<br>)<br>JAY HOOD, Army Brigadier General,)<br>Commander, Joint Task Force-GTMO )<br>)<br>MICHAEL I. BUMGARNER, Army )<br>Colonel, Commander, Joint )<br>Detention Operations Group-JTF- )<br>GTMO )<br>)<br>       Respondents ) | **APPEARANCE**<br><br>CIVIL ACTION NO.<br><br>1:05-CV-00998-RMU |

To the Clerk of this court and all parties of record:

Please enter the appearance of Paul S. Kish as counsel in this case for Arkan Mohammad Ghafil Al Karim.

November 7, 2005

Georgia State Bar No. 424277

/s/ *Paul S. Kish*
PAUL S. KISH
Federal Defender Program, Inc.
Suite 1700, The Equitable Bldg.
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
404-688-7530; Fax 404-688-0768
Paul_Kish@fd.org