## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMAD GHAFIL AL KARIM )<br>Camp Delta )<br>Washington, D.C. 20355 )<br>) <br>) <br>) <br>Petitioner ) <br>) <br>v. ) <br>) <br>GEORGE W. BUSH, President of ) <br>the United States ) <br>) <br>DONALD RUMSFELD, Secretary, ) <br>United States Department of ) <br>Defense ) <br>) <br>JAY HOOD, Army Brigadier General,) <br>Commander, Joint Task Force-GTMO ) <br>) <br>MICHAEL I. BUMGARNER, Army ) <br>Colonel, Commander, Joint ) <br>Detention Operations Group-JTF- ) <br>GTMO ) <br>) <br>Respondents ) | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>CIVIL ACTION NO.<br><br>1:05-CV-00998-RMU |

Notice is hereby given to the Clerk and all parties in this action that Jeffrey L. Ertel will substitute for Paul S. Kish as counsel in this case for Arkan Mohammad Ghafil Al Karim.

(Signatures on next page)

```
December 15, 2005                        /s/ Paul S. Kish
                                         PAUL S. KISH
Georgia State Bar No. 424277             Federal Defender Program, Inc.
                                         Suite 1700, The Equitable Bldg.
                                         100 Peachtree Street, N.W.
                                         Atlanta, Georgia 30303
                                         404-688-7530; Fax 404-688-0768
                                         Paul_Kish@fd.org

Georgia State Bar No. 249966             /s/ Jeffrey L. Ertel
                                         JEFFREY L. ERTEL
                                         Federal Defender Program, Inc.
                                         Suite 1700, The Equitable Bldg.
                                         100 Peachtree Street, N.W.
                                         Atlanta, Georgia 30303
                                         404-688-7530; Fax 404-688-0768
                                         Jeffrey_Ertel@FD.org.
```