IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARKAN MOHAMMAD GHAFIL AL KARIM<br>    Detainee, | )<br>)<br>)<br>) | |
| *Petitioner*, | )<br>) | ENTRY OF APPEARANCE |
| v. | )<br>)<br>) | |
| GEORGE W. BUSH,<br>President of the United States | )<br>)<br>) | 1:05-CV-0998-RMU |
| DONALD RUMSFELD,<br>    Secretary, United States | )<br>)<br>)<br>) | |
| ARMY BRIG. GEN. JAY HOOD,<br>    Commander, Joint Task Force - GTMO | )<br>)<br>)<br>) | |
| ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention, GTMO | )<br>)<br>)<br>) | |
| *Respondents*. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of Brian Mendelsohn as counsel for Petitioner Arkan Mohammad Ghafil Al Karim, ISN 653, in the above-captioned matter. (Jeffrey L. Ertel will remain as lead counsel.)

Counsel for Petitioner certifies, pursuant to L. Civ. R. 83.2(g) that he is representing Petitioner without compensation.

This the 28th day of June, 2006.

Respectfully submitted,

 /s/ *Brian Mendelsohn*
BRIAN MENDELSOHN (Pursuant to LcvR 83.2(g))
Georgia State Bar No. 502031

> FEDERAL DEFENDER PROGRAM, INC.
> Suite 1700, The Equitable Building
> 100 Peachtree Street, N.W.
> Atlanta, Georgia 30303
> Telephone: (404) 688-7530
> Facsimile: (404) 688-0768
> E-mail: Brian_Mendelsohn@fd.org

**CERTIFICATE OF SERVICE**

I, Brian Mendelsohn, certify that I have caused a true and accurate copy of the foregoing to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> Hon. Alberto R. Gonzales
> Attorney General of the United States
> U.S. Department of Justice
> Robert F. Kennedy Building
> Tenth Street & Constitution Ave., NW, Room 5111
> Washington, DC 20530
>
> Terry Henry, Esq., Senior Trial Attorney
> Andrew Warden, Esq., Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, N.W., Room 7144
> Washington, D.C. 20530
>
> Kenneth L. Wainstein
> United States Attorney for District of Columbia
> 555 4th Street, NW
> Washington, DC 20530

This 28th day of June, 2006.

> /s/ Brian Mendelsohn
> BRIAN MENDELSOHN