IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAM MOHAMMAD GHAFIL AL KARIM<br>    Detainee,<br><br>               *Petitioner*,<br><br>          v.<br><br>GEORGE W. BUSH,<br>    President of the United States<br><br>DONALD RUMSFELD,<br>    Secretary, United States<br><br>ARMY BRIG. GEN. JAY HOOD,<br>    Commander, Joint Task Force - GTMO<br><br>ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention, GTMO<br><br>               *Respondents*. | <br><br><br><br><br><br><br><br>NO. 1:05-CV-998-RMU |

## NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Petitioner hereby gives notice to all parties that his counsel has filed with the Court a signed *Memorandum of Understanding Regarding Access to Classified National Security Information* and signed *Acknowledgment*. *See* Exhibit 1.

Dated: July 10, 2006

                                        Respectfully submitted,

                                        /s/ W. Matthew Dodge
                                        W. MATTHEW DODGE(Pursuant to LcvR 83.2(g))
                                        Georgia State Bar No. 224371
                                        FEDERAL DEFENDER'S PROGRAM, INC.
                                        Suite 1700, The Equitable Building
                                        100 Peachtree Street, N.W.
                                        Atlanta, Georgia 30303
                                        Telephone: (404) 688-7530
                                        Facsimile: (404) 688-0768