## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAM MOHAMMAD GHAFIL AL KARIM )<br>    Detainee, )<br> )<br>        *Petitioner*, )<br> )<br>    v. )<br> )<br>GEORGE W. BUSH, )<br>    President of the United States )<br> )<br>DONALD RUMSFELD, )<br>    Secretary, United States )<br> )<br>ARMY BRIG. GEN. JAY HOOD, )<br>    Commander, Joint Task Force - GTMO )<br> )<br>ARMY COL. MIKE BUMGARNER, )<br>    Commander, Joint Detention, GTMO )<br> )<br>        *Respondents*. ) | NO. 1:05-CV-998-RMU |

### NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Petitioner hereby gives notice to all parties that his counsel has filed with the Court a signed *Memorandum of Understanding Regarding Access to Classified National Security Information* and signed *Acknowledgment*. *See* Exhibit 1.

Dated:   July 10, 2006

Respectfully submitted,

/s/ Brian Mendelsohn
BRIAN MENDELSOHN(Pursuant to LcvR 83.2(g))
Georgia State Bar No. 502031
FEDERAL DEFENDER'S PROGRAM, INC.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 688-7530
Facsimile: (404) 688-0768