IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAM MOHAMMAD GHAFIL AL KARIM )<br>    Detainee, )<br> )<br>    *Petitioner*, )<br> )<br>    v. )<br> )<br>GEORGE W. BUSH, )<br>    President of the United States )<br> )<br>DONALD RUMSFELD, )<br>    Secretary, United States )<br> )<br>ARMY BRIG. GEN. JAY HOOD, )<br>    Commander, Joint Task Force - GTMO )<br> )<br>ARMY COL. MIKE BUMGARNER, )<br>    Commander, Joint Detention, GTMO )<br> )<br>    *Respondents*. ) | NO. 1:05-CV-998-RMU |

### NOTICE OF FILING OF MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Petitioner hereby gives notice to all parties that his counsel has filed with the Court a signed *Memorandum of Understanding Regarding Access to Classified National Security Information* and signed *Acknowledgment*. *See* Exhibit 1.

Dated:  July 11, 2006

                                    Respectfully submitted,


                                     /s/ Jeffrey L. Ertel
                                    JEFFREY L. ERTEL (Pursuant to LcvR 83.2(g))
                                    Georgia State Bar No. 249966
                                    FEDERAL DEFENDER'S PROGRAM, INC.
                                    Suite 1700, The Equitable Building
                                    100 Peachtree Street, N.W.
                                    Atlanta, Georgia 30303
                                    Telephone: (404) 688-7530
                                    Facsimile: (404) 688-0768