IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARKAN MOHAMMAD GHAFIL AL KARIM, | ) | |
| | ) | |
| *Petitioner*, | ) | CASE NO. 1:05-CV-0998- RMU |
| | ) | |
| v. | ) | **NOTICE OF FILING** |
| | ) | |
| GEORGE W. BUSH, et al.. | ) | |
| | ) | |
| *Respondents*. | ) | |

NOTICE OF FILING

Notice is hereby given that, pursuant to the protective orders entered in this case, Petitioners on this date have filed with the Court Security Office for review for suitability for public filing, Petitioner's Opposition to Respondents' Motion to Dismiss.

Dated this the 3d day of May, 2007.

Respectfully submitted,

Counsel for Petitioner

/s/ *W. Matthew Dodge*
W. MATTHEW DODGE (Pursuant to LcvR 83.2(g))
Georgia State Bar No. 224371
BRIAN MENDELSOHN
Georgia State Bar No. 502031
JEFFREY L. ERTEL
Georgia State Bar No. 249966

FEDERAL DEFENDER PROGRAM, INC.
Suite 1700, The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 688-7530
Facsimile: (404) 688-0768
E-mail: Matthew_Dodge@fd.org