# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QAYED *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-0454 (RMU)<br><br>**FILED**<br><br>SEP 2 1 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| AL-OSHAN *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-0520 (RMU) |
| TUNAMI *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-0526 (RMU) |
| SOHAIL,<br><br>    Petitioner/Plaintiff,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondent/Defendants. | Civil Action No.: 05-0993 (RMU) |

| | |
|---|---|
| AL-KARIM *et al.*,  :<br><br>    Petitioners/Plaintiffs,  :<br><br>    v.  :<br><br>BUSH *et al.*,  :<br><br>    Respondents/Defendants.  : | Civil Action No.: 05-0998 (RMU) |
| AL-HELA *et al.*,  :<br><br>    Petitioners/Plaintiffs,  :<br><br>    v.  :<br><br>BUSH *et al.*,  :<br><br>    Respondents/Defendants.  : | Civil Action No.: 05-1048 (RMU) |
| ZALITA *et al.*,  :<br><br>    Petitioners/Plaintiffs,  :<br><br>    v.  :<br><br>BUSH *et al.*,  :<br><br>    Respondents/Defendants.  : | Civil Action No.: 05-1220 (RMU) |
| HATIM *et al.*,  :<br><br>    Petitioners/Plaintiffs,  :<br><br>    v.  :<br><br>BUSH *et al.*,  :<br><br>    Respondents/Defendants.  : | Civil Action No.: 05-1429 (RMU) |

| | |
|---|---|
| AL SUBAIY *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-1453 (RMU) |
| KIYEMBA *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-1509 (RMU) |
| RABBANI *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-1607 (RMU) |
| ALKHEMISI *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-1983 (RMU) |

| | |
|---|---|
| AL HALMANDY *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-2385 (RMU) |
| AL-DELEBANY *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 05-2477 (RMU) |
| NASEER *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 06-1689 (RMU) |
| AL-ZARNOUQI *et al.*,<br><br>    Petitioners/Plaintiffs,<br><br>v.<br><br>BUSH *et al.*,<br><br>    Respondents/Defendants. | Civil Action No.: 06-1767 (RMU) |

## JUDGMENT ORDER

### DISMISSING WITHOUT PREJUDICE THE PETITIONERS' CLAIMS

For the reasons set forth in the court's Memorandum Order issued on September 20, 2007, it is this 21st day of September, 2007, hereby

**ORDERED** that the petitioners' claims are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED.**

                                                    RICARDO M. URBINA
                                                  United States District Judge