UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) <br> ) <br> ) Misc. No. 08-442 (TFH) <br> ) |
| GUANTANAMO BAY <br> DETAINEE LITIGATION | ) <br> ) Civil Action Nos. <br> ) <br> ) 02-CV-0828, 04-CV-1136, 04-CV-1164, 04-CV-1194, <br> ) 04-CV-1254, 04-CV-1937, 04-CV-2022, 04-CV-2035, <br> ) 04-CV-2046, 04-CV-2215, 05-CV-0023, 05-CV-0247, <br> ) 05-CV-0270, 05-CV-0280, 05-CV-0329, 05-CV-0359, <br> ) 05-CV-0392, 05-CV-0492, 05-CV-0520, 05-CV-0526, <br> ) 05-CV-0569, 05-CV-0634, 05-CV-0748, 05-CV-0763, <br> ) 05-CV-0764, 05-CV-0833, 05-CV-0877, 05-CV-0881, <br> ) 05-CV-0883, 05-CV-0889, 05-CV-0892, 05-CV-0993, <br> ) 05-CV-0994, 05-CV-0995, 05-CV-0998, 05-CV-0999, <br> ) 05-CV-1048, 05-CV-1124, 05-CV-1189, 05-CV-1220, <br> ) 05-CV-1236, 05-CV-1244, 05-CV-1347, 05-CV-1353, <br> ) 05-CV-1429, 05-CV-1457, 05-CV-1458, 05-CV-1487, <br> ) 05-CV-1490, 05-CV-1497, 05-CV-1504, 05-CV-1505, <br> ) 05-CV-1506, 05-CV-1509, 05-CV-1555, 05-CV-1590, <br> ) 05-CV-1592, 05-CV-1601, 05-CV-1602, 05-CV-1607, <br> ) 05-CV-1623, 05-CV-1638, 05-CV-1639, 05-CV-1645, <br> ) 05-CV-1646, 05-CV-1649, 05-CV-1678, 05-CV-1704, <br> ) 05-CV-1725, 05-CV-1971, 05-CV-1983, 05-CV-2010, <br> ) 05-CV-2083, 05-CV-2088, 05-CV-2104, 05-CV-2112, <br> ) 05-CV-2185, 05-CV-2186, 05-CV-2199, 05-CV-2200, <br> ) 05-CV-2249, 05-CV-2349, 05-CV-2367, 05-CV-2371, <br> ) 05-CV-2378, 05-CV-2379, 05-CV-2380, 05-CV-2381, <br> ) 05-CV-2384, 05-CV-2385, 05-CV-2386, 05-CV-2387, <br> ) 05-CV-2398, 05-CV-2444, 05-CV-2477, 05-CV-2479, <br> ) 06-CV-0618, 06-CV-1668, 06-CV-1674, 06-CV-1684, <br> ) 06-CV-1688, 06-CV-1690, 06-CV-1691, 06-CV-1758, <br> ) 06-CV-1759, 06-CV-1761, 06-CV-1765, 06-CV-1766, <br> ) 06-CV-1767, 07-CV-1710, 07-CV-2337, 07-CV-2338, <br> ) 08-CV-0987, 08-CV-1085, 08-CV-1101, 08-CV-1104 <br> ) 08-CV-1153 |

**NOTICE OF APPEAL**

NOTICE is hereby given that all respondents in the above-referenced matters hereby

appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order

of this Court dated July 10, 2008, docketed July 11, 2008 as Docket Entry 52 in Miscellaneous Case 08-442 in its entirety.

Dated: July 25, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /s/ Judry L. Subar
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel: (202) 305-0169
Fax: (202) 616-8470

Attorneys for Respondents